IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SYLVESTER WOOLEY, #235 771, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:16-CV-349-WHA |
| ) | [WO] |
| LT. JOHN HUDSON, ) | |
| ) | |
| Defendant. ) | |

**OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on November 30, 2016. Doc. 17. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered accordingly.

Done, this 9th day of January, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE